IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER ENLOE,

    Plaintiff,

v.                                            CASE NO. 4:07-cv-00505-MP-WCS

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice. The Magistrate Judge filed the Report and Recommendation on Monday, January 14, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were filed.

In the Report, the Magistrate states that Plaintiff was previously directed either to file a motion for leave to proceed *in forma pauperis*, to pay the $350.00 filing fee, or to file a notice of voluntary dismissal of this action by January 4, 2008. Because Plaintiff has not responded to or complied with this order, the Magistrate recommends that this case be dismissed without prejudice. The Magistrate's Report afforded Plaintiff a final opportunity to show cause for this failure, and Plaintiff again has not responded. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

*Page 2 of 2*

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2. This case is DISMISSED without prejudice.

**DONE AND ORDERED** this  *13th* day of February, 2008

> *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge